PAGE, J.: If the justice at Special Term had made findings of fact sufficient to support his conclusions of law we would not have disturbed the judgment. Section 1022 of the Code of Civil Procedure prescribes that the decision of the court upon the trial of the whole issues of fact must state separately the facts found and the conclusions of law. This requirement not having been complied with, the judgment will be vacated, with costs to the appellant, and the case remitted to the Special Term with directions to make a proper decision containing findings of fact and conclusions of law to support the judgment directed. (See *Lentschner* v. *Lentschner*, 80 App. Div. 43; *Sommer* v. *Sommer*, 87 id. 434; *Wise* v. *Cohen*, *No. 1*, 113 id. 859.) Clarke, P. J., McLaughlin, Scott and Davis, JJ., concurred. Judgment vacated, with costs, and case remitted to Special Term as stated in opinion.

---

DANIEL W. STEELE, JR., v. MARTIN V. COOK and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

DANIEL W. STEELE, JR., v. MARTIN V. COOK and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

In the Matter of DOROTHY C. KIRSCHNER, an Infant.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

HENRY HELLMAN v. KITTIE L. GUNTHER and Others.— Motion for stay denied, with ten dollars costs, and stay contained in order to show cause vacated. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

KINGS COUNTY LIGHTING COMPANY, Respondent, v. THE CITY OF NEW YORK, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERNEST RUESTOW, Respondent, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the authority of *People ex rel. Davison* v. *Williams* (213 N. Y. 130), and *People ex rel. Buck* v. *Williams* (217 id. 681). Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

LOUIS JARMULOWSKY and Another, Private Bankers, etc., Appellants, v. JENNIE ISAACS and Others, Respondents, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

JOHN MACGINNISS, Respondent, v. THADDEUS S. LANE, Appellant. JOHN MACGINNISS, Respondent, v. THADDEUS S. LANE, Appellant.—